**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6926**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARVIN ANTONIO WHITE,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CR-97-63, CA-00-909-2)

---

Submitted: September 20, 2001      Decided: September 27, 2001

---

Before LUTTIG, KING, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Marvin Antonio White, Appellant Pro Se. Laura P. Tayman, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marvin Antonio White seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. White, Nos. CR-97-63; CA-00-909-2 (E.D. Va. filed Apr. 24, 2001; entered Apr. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2